UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ROBIN HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. |
| | )  5:08-CV-168-C |
| | )  ECF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Michael J. Astrue, Commissioner

of Social Security, pursuant to 42 U.S.C. § 405(g).  The United States Magistrate Judge filed a

Report and Recommendation on April 30, 2009.  Neither party has filed written objections.  It is,

therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby

**ADOPTED** as the findings and conclusions of the Court and that the decision of the Commissioner

is **REVERSED** and the case **REMANDED** for further administrative proceedings.

Dated May 13, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT